# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>803 Mobile Street<br>High Point, NC 27260 | )<br>)<br>)  Case No.  1:26MJ108<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____April 27, 2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Joi E. Peake_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    *4/13/2026   1:33pm*

*[signature]*
*Judge's signature*

City and state:    Winston-Salem _____

Joi E. Peake, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

### 803 Mobile Street High Point, NC 27260 (Target Residence)

The Target Residence is at 803 Mobile Street High Point, NC 27260, within the Middle District of North Carolina.  The following is a photograph of the premises to be searched:



## ATTACHMENT B

### Items to be seized

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use, or which is or has been used as the means of committing a criminal offense, namely, violations of Title 21 U.S.C. § 841(a)(1) [Distribution of Controlled Substances], and Title 18 U.S.C. § 924(c) [Possession of a Firearm in furtherance of a Drug Trafficking Crime] in the form of the following:

a) Books, papers, records, receipts, personal telephone/address directories, telephone billing records, notes, ledgers, documents, airline tickets, travel documents, and other documents relating to the ordering, transportation, sale and distribution of controlled substances or other such documents which will contain identifying data on co-conspirators.

b) United States currency.

c) Cameras, photographs, videotapes, surveillance systems, or other images, in particular images of assets, controlled substances, and/or co-conspirators.

d) Identification cards to establish occupancy identify co-conspirators.

e) Cellular telephones, tablets, computers, or other electronic devices, medium used for facilitation of firearms or narcotics distribution, which may be seized but a separate warrant will be obtained to search.

f) Firearms accessories.

g) Packaging material, and other paraphernalia utilized for the sale and distribution of narcotics.

h) Any weapons, including but not limited to firearms, firearms accessories, and ammunition.

i) Any documentation showing ownership, purchase, sale or transfer of firearms or narcotics.

j) Illegal narcotics, including but not limited to cocaine, marijuana, heroin, methamphetamines, and prescription drugs in the possession of individuals to which the

drugs were not prescribed or that are not contained in the original bottle with prescription label affixed.